IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| JAMES HALL, Register No. 37655, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4074-CV-C-NKL |
| | ) | |
| JEREMIAH W. NIXON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On August 1, 2006, plaintiff filed a motion to dismiss his claims voluntarily. Defendants have filed no objections. Pursuant to Fed. R. Civ. P. 41(a), it is

ORDERED that this case is dismissed, without prejudice [13].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: August 28, 2006
Jefferson City, Missouri